# United States Bankruptcy Court

## Eastern District of New York
271 Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                        CASE NO: 1−11−43157−jbr

John Compton

168 Bedford Avenue
Staten Island, NY 10306
  Name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address.

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                CHAPTER: 7

  xxx−xx−5659

               DEBTOR(s)

---

## DISCHARGE OF DEBTOR(S)
## ORDER OF FINAL DECREE

A petition under title 11, United States Code was filed by or against the Debtor(s) on April 15, 2011; an order for relief was entered under Chapter 7; no order denying a discharge has been granted.

It appearing that the debtor(s) is entitled to a discharge and the estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED**:

- The debtor(s) is granted a discharge under Section 727 of Title 11, United States Code, (the Bankruptcy Code).

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

- The Chapter 7 case of the above−named debtor(s) is closed.

BY THE COURT

Dated: July 26, 2011                          s/ Joel B. Rosenthal
                                              United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor(s). A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts;

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                                    Case No. 11-43157-jbr
John Compton                                                              Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: fharrigan          Page 1 of 2          Date Rcvd: Jul 26, 2011
                            Form ID: 262             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2011.

| | | |
|---|---|---|
| db | +John Compton, 168 Bedford Avenue, Staten Island, NY 10306-3448 | |
| smg | +NYC Department of Finance, 345 Adams Street, 3rd Floor, Attn: Legal Affairs - Devora Cohn, Brooklyn, NY 11201-3719 | |
| smg | +NYS Department of Taxation & Finance, Bankruptcy Unit, PO Box 5300, Albany, NY 12205-0300 | |
| smg | +NYS Unemployment Insurance, Attn: Insolvency Unit, Bldg. #12, Room 256, Albany, NY 12240-0001 | |
| 7161951 | +Aegis Mortgage, 9990 Richmond Avenue, Houston, TX 77042-4559 | |
| 7161956 | +Con Edison, JAF Station, PO Box 1702, New York, NY 10116-1702 | |
| 7181673 | +Consolidated Edison Company of New York, Inc., 4 Irving Place, Room 1875-S, New York, New York 10003-3502, Attn: Bankruptcy Group | |
| 7161957 | +Direct TV, PO Box 11732, Newark, NJ 07101-4732 | |
| 7161960 | +HD Credit, 222 W Adams, Suite 20, Chicago, IL 60606-5312 | |
| 7161962 | +Natinal Grid, PO Box 11741, Newark, NJ 07101-4741 | |
| 7161963 | +PayPal Plus, PO Box 960080, Orlando, FL 32896-0080 | |
| 7161964 | +Sharinn & Lipshie, PC, 200 Garden City Plaza, Garden City, NY 11530-3301 | |
| 7161965 | +Sprint, 6330 Gulfton, Houston, TX 77081-1108 | |
| 7161967 | +Time Warner Cable, PO Box 11820, Newark, NJ 07101-8120 | |
| 7161968 | +US Bank Home Mortgage, 3121 Michaelson Drive, Irvine, CA 92612-7672 | |
| 7161969 | +US Bank Home Mortgage, 4801 Frederica Street, Owensboro, KY 42301-7441 | |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

| | | |
|---|---|---|
| tr | +E-mail/Text: anisselson@windelsmarx.com Jul 26 2011 18:25:06    Alan Nisselson, c/o Windels Marx Lane & Mittendorf LLP, 156 West 56th Street, New York, NY 10019-3800 | |
| smg | +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Jul 26 2011 18:26:40    United States Trustee, Office of the United States Trustee, 271 Cadman Plaza East, Brooklyn, NY 11201-1833 | |
| 7161953 | +EDI: ACCE.COM Jul 26 2011 18:23:00    Asset Acceptance, LLC, PO Box 2036, Warren, MI 48090-2036 | |
| 7185681 | +EDI: ATLASACQU.COM Jul 26 2011 18:18:00    Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601-4303 | |
| 7161954 | EDI: BANKAMER.COM Jul 26 2011 18:18:00    Bank of America, 4060 Ogletown Stanto, Newark, DE 19713 | |
| 7161955 | +EDI: CHASE.COM Jul 26 2011 18:23:00    Chase, 201 N. Walnut Street, Wilmington, DE 19801-2920 | |
| 7161958 | +E-mail/Text: data_processing@fin-rec.com Jul 26 2011 18:26:30    Financial Recovery Serv., PO Box 385908, Minneapolis, MN 55438-5908 | |
| 7161959 | +EDI: RMSC.COM Jul 26 2011 18:18:00    GEMB/Carvin, PO Box 981439, El Paso, TX 79998-1439 | |
| 7161961 | EDI: RESURGENT.COM Jul 26 2011 18:23:00    LVNV Funding LLC, PO BOX 10584, Greenville, SC 29603-0584 | |
| 7161966 | EDI: NEXTEL.COM Jul 26 2011 18:23:00    Sprint, PO Box 4191, Carol Stream, IL 60197 | |
| 7161970 | +EDI: AFNIVZWIRE.COM Jul 26 2011 18:23:00    Verizon, PO Box 26055, Minneapolis, MN 55426-0055 | |
| 7161971 | +EDI: AFNIVZCOMBINED.COM Jul 26 2011 18:18:00    Verizon, PO Box 15124, Albany, NY 12212-5124 | |
| 7161972 | +EDI: WFFC.COM Jul 26 2011 18:23:00    Wells Fargo Bank, N.A., PO Box 29704, Phoenix, AZ 85038-9704 | |

TOTAL: 13

     ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7161952*    +Aegis Mortgage, 9990 Richmond Avenue, Houston, TX 77042-4559

TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 28, 2011                  Signature: